IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DENNIS RICHARDSON,

                      Plaintiff,                                    ORDER

       v.                                                09-cv-552-bbc

RICK RAEMISCH,
JODINE DEPPISCH,
and DR. ELLIOTT,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Dennis Richardson, a prisoner at the Wisconsin Resource Center in Winnebago, Wisconsin, has submitted a proposed complaint. He has paid the $350 filing fee. Nevertheless, because he is a prisoner, he is subject to the 1996 Prison Litigation Reform Act. Under the act, plaintiff cannot proceed with this action unless the court grants him permission to proceed after screening his complaint pursuant to 28 U.S.C. § 1915A.

      I note that plaintiff has not signed the complaint he submitted in this case. A copy of his complaint is being returned to plaintiff with his copy of this order so that he may sign and return the complaint to this court. If plaintiff wishes to continue with this lawsuit he will be required to file a signed copy of his complaint no later than September 28, 2009.

1

ORDER

IT IS ORDERED that plaintiff may have until September 28, 2009, in which to file a signed copy of his complaint. Once plaintiff submits a signed copy of his complaint, the complaint will be screened pursuant to 28 U.S.C. § 1915A to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about his case, he should be sure to write the case number shown above on his communication.

Entered this 14th day of September, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge